1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff KATHY D. HARRIS
6

FILED
CLERK, U.S. DISTRICT COURT
SEP 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | KATHY D. HARRIS,              ) Case No.: CV 08-1582 (E)
                                   )
12 |        Plaintiff,              ) [~~PROPOSED~~] ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE ACT
13 |   vs.                          ) ATTORNEY FEES PURSUANT TO
                                   ) 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,             )
     Commissioner of Social Security,)
15                                  )
            Defendant.              )
16 |_____)

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the

20 amount of three thousand dollars, ($3,000), as authorized by 28 U.S.C. § 2412(d),

21 subject to the terms of the above-referenced Stipulation.

22 DATE: 9/24/08

23                                    _____
                                      T~~HE~~ HONORABLE CHARLES F. EICK
24                                    UNITED STATES MAGISTRATE JUDGE

25

26